No. 01–1064.  KELLOGG v. STRACK.  C. A. 2d Cir.  Certiorari denied.

No. 01–1076.  FERNANDES v. SPARTA TOWNSHIP COUNCIL ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 01–1093.  MCMANUS v. CRAWFORD.  Ct. App. Ariz.  Certiorari denied.

No. 01–1105.  LOCASCIO v. HUNTINGTON EYE ASSOCIATES, INC.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 01–1123.  OLICK v. NATIONAL ASSOCIATION OF SECURITY DEALERS.  C. A. 3d Cir.  Certiorari denied.

No. 01–1143.  ROCKEFELLER v. ABRAHAM, SECRETARY OF ENERGY.  C. A. 10th Cir.  Certiorari denied.

No. 01–1153.  THURNER ET UX. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–1161.  CLUCK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–1170.  BENNETT v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–1198.  PATTERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–1203.  EQBAL ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–5359.  DOE v. NOE ET AL. (two judgments).  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 01–6151.  REYES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6475.  MCDOWELL v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.